

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland



SEALED

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. SAG-23-312 |
| LAWRENCE E. SMITH | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  LAWRENCE E. SMITH,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Wire Fraud, 18 U.S.C. § 1343; Aiding and Abetting, 18 U.S.C. § 2; Attempt to Evade or Defeat Tax, 26 U.S.C. § 7201; Making a False Return 26 U.S.C. § 7206(1)

Date: 09/07/2023

_____
*Issuing officer's signature*

City and state:  Baltimore, MD

Hon. J. Mark Couslon, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/7/23, and the person was arrested on *(date)* 9/8/23
at *(city and state)* _____

Date: 9/8/23

_____
*Arresting officer's signature*

Jared Stern / FBI TFO
*Printed name and title*