PS 42
(Rev. 3/14)

# United States District Court
## DISTRICT OF MARYLAND

| United States of America | ) |
|---|---|
| vs. | ) |
| Lawrence E. Smith | ) Case No. 1:23-CR-00312-SAG-1 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

U.S. Pretrial Services recommends the following modification of the above named defendant's conditions of release:

- Undergo medical or psychiatric treatment as directed by pretrial services

All other conditions of release not inconsistent with this Order shall remain in full force and effect.

Assistant U.S. Attorney Christine Goo and Defense Counsel David Walsh-Little have no objections to this modification.

_____    10/23/23
Signature of U.S. Pretrial Services Officer    Date

_____    10/23/23
Signature of Supervisory U.S. Pretrial Services Officer    Date

[X] The above modification of conditions of release is ordered, to be effective on  10-23-2023  .

[ ] The above modification of conditions of release is *not* ordered.

_____    October 23, 2023
Signature of Judicial Officer    Date