IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Crim. No. SAG-23-0312 |
| LAWRENCE SMITH | * | |

\* \* \*

## LAWRENCE SMITH'S MOTION TO MODIFYING THE PRETRIAL SCHEDULING ORDER

Defendant Lawrence Smith, by and through undersigned counsel, David Walsh-Little, hereby requests that the prior scheduling order issued on September 11, 2024 (ECF No.25) be modified to provide more time to file motions, responses, and any replies and in support thereof states as follows:

1. The Government does not oppose this motion.

2. A motions hearing date has been scheduled for April 4, 2025.

3. Mr. Smith requests that the court modify the schedule for filing motions as follows:

    December 9, 2024    Defense Motions Deadline

    January 6, 2025     Government's Response Deadline

    January 20, 2025    Reply Deadline

WHEREFORE, Lawrence Smith requests that this Court modify the pretrial scheduling order (ECF No. 25) as requested.

Respectfully submitted

/s/
DAVID WALSH-LITTLE, #23586
The Law Office of David Walsh-Little, LLC
1014 West 36th Street
Baltimore, Md 21211
Tel: 1.410.205.9337
Fax: 1.667.401.2414
Email: david@walshlittlelaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion was sent to all parties via CM/ECF.

/s/
DAVID WALSH-LITTLE, #23586