IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | |
| v. | \* | Crim. No. SAG-23-0312 |
| **LAWRENCE SMITH** | \* | |

\*   \*   \*

**DEFENDANT LAWRENCE SMITH'S UNOPPOSED MOTION TO CANCEL THE SCHEDULED PRETRIAL CONFERENCE AND TRIAL DATES AND SET A DEADLINE FOR A JOINT STATUS REPORT FROM THE PARTIES**

Defendant Lawrence Smith, by and through undersigned counsel, David Walsh-Little, hereby requests that the prior revised scheduling order issued on October 7, 2024 (ECF No. 26) setting court dates be rescinded and instead requests that the Court order a joint status report be submitted from the parties by June 2, 2025, and in support thereof states as follows:

1. The Government does not oppose this motion.

2. Lawrence Smith is presently charged with eleven counts of wire fraud in violation of 18 U.S.C. § 1343, three counts of tax evasion in violation of 26 U.S.C. § 7201, and one count of Filing a False Tax Return in violation of 26 U.S.C. § 7206.

3. On October 7, 2024, the Court set court dates which included a pretrial conference scheduled for April 25, 2025, and a two week trial scheduled to begin on May 12, 2025.

4. To provide additional time for the parties to seek a pretrial resolution to this matter, and to further prepare for trial if needed, Mr. Smith requests that the scheduled court dates be removed from the Court's calendar and if acceptable, the parties will provide a status letter to the Court on or before June 2, 2025.

5. If this matter is postponed, Mr. Smith agrees to toll for speedy trial purposes any time from the date of the postponement through June 2, 2025.

WHEREFORE, Lawrence Smith requests that this Court rescind the order scheduling a pretrial conference and jury trial in this matter (ECF No. 26) and order the parties to submit a joint status report by the above requested date.

        Respectfully submitted

        /s/
        DAVID WALSH-LITTLE, #23586
        The Law Office of David Walsh-Little, LLC
        1014 West 36th Street
        Baltimore, Md 21211
        Tel: 1.410.205.9337
        Fax: 1.667.401.2414
        Email: david@walshlittlelaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion was sent to all parties via CM/ECF.

        /s/
        DAVID WALSH-LITTLE, #23586