IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | Crim. No. SAG-23-0312 |
| **LAWRENCE SMITH** | * | |

\* \* \*

## ORDER CANCELING SCHEDULED COURT DATES AND SETTING A DEADLINE FOR A JOINT STATUS REPORT FROM THE PARTIES

Upon consideration of the Defendant, Lawrence Smith's Motion to Cancel the scheduled Pretrial Conference and Trial Dates, and any response filed, it is this 4th day of April, 2025, by the United States District Court for the District of Maryland,

**ORDERED,** that the motion is GRANTED; and it is

**FURTHER ORDERED**, that the prior Order setting a revised schedule and jury trial issued on October 7, 2024 (ECF No. 26) is hereby rescinded. The parties are directed to file a joint status report with the Court by June 2, 2025.

_____
THE HONORABLE STEPHANIE A. GALLAGHER
UNITED STATES DISTRICT JUDGE