

U.S. Department of Justice

*United States Attorney*
*District of Maryland*

*Adeyemi O. Adenrele*     *Suite 400*     DIRECT: 410-209-4819
*Assistant United States Attorney*     *36 S. Charles Street*     MAIN: 410-209-4800
*Adeyemi.Adenrele@usdoj.gov*     *Baltimore, MD 21201-3119*     FAX: 410-962-2310

June 2, 2025

The Honorable Stephanie A. Gallagher
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

      Re:    <u>United States v. Lawrence Smith</u>
                Criminal No. SAG-23-312

Dear Judge Gallagher:

      The parties write in response to the Court's order at ECF No. 42. The government provided Defendant Lawrence Smith with a plea offer on March 24, 2025. Later, on April 3, 2025, the Defendant filed his unopposed motion to cancel the pretrial conference, trial dates, and set a deadline for a joint status report to allow the parties to seek a potential pretrial resolution to this case. ECF No. 41. On April 4, 2025, the Court ruled on that motion, rescinded the scheduling order at ECF No. 26, and directed the parties to file a joint status report on June 2, 2025. ECF No. 42.

      Over the past nearly sixty (60) days, the parties have continued to engage in plea negotiations but believe that they would benefit from an additional thirty (30) days to potentially bring this case to a resolution. By the end of those thirty days, the parties plan to return to the Court and request a date for a Rule 11 hearing or a new trial date. Please let us know if Your Honor has any additional questions.

                            Very truly yours,

                            Kelly O. Hayes
                            United States Attorney

                            _____/s/_____
                            Adeyemi Adenrele
                            Jared Beim
                            Assistant United States Attorneys