Bernard C.'Jack'Young

██████████████

September 23, 2025

**To whom it may concern ,**

**I am writing this character letter in support of Lawrence Smith, a colleague I have had the pleasure of knowing for over 40 years. Throughout his tenure as a Baltimore City School Police officer, Coach Smith has exemplified the qualities of a dedicated public servant, positively impacting the lives of countless students and community members.**

**As the former head coach of the Dunbar Poets Football program, Coach Smith has demonstrated exceptional leadership and a commitment to developing young athletes. His success in guiding the team to numerous championships and being named Coach of the Year is a testament to his expertise and passion for the sport. Furthermore, Coach Smith was honored by the Baltimore Ravens in recognition of his outstanding contributions to the community.**

**As a pillar of our community, Coach Smith has been a role model and a source of inspiration to many of his players, who have gone on to attend Division 1 schools and even pursue careers in the NFL. His commitment to teaching the art of coaching and his community service through mission work at his church demonstrate his exceptional character and dedication to serving others.**

**As someone who has known Coach Smith for an extended period, I can confidently attest to his good character and exceptional qualities as a public servant and a community leader. If you require any additional information, please do not hesitate to contact me via email at** ██████████████████

**Sincerely,**
**Bernard C. 'Jack' Young**
**Former Mayor, Baltimore City**