GPCC

GREATER PARADISE CHRISTIAN CENTER

A PLACE WHERE GOD LIVES

## Bishop Shawn L. Bell, Senior Pastor

September 24, 2025

Character Reference Letter

To Whom It May Concern,

It is my honor to write this letter on behalf of a man whose life exemplifies faith, integrity, and persistence. He is a man of faith who consistently leans on God through both life's trials and triumphs. His strength is grounded in prayer, and his trust in God is evident in the way he navigates every season of life.

He is a devoted husband and father, leading his family with love, stability, and unwavering integrity. His household is centered on family values and spiritual growth, and he has always sought to nurture an environment where biblical principles guide daily living. He attends church faithfully, seeks wise counsel, and remains steadfast in his commitment to serving others within the congregation and the community.

He is trusted for his humbleness, compassion, and commitment to doing right by others. Even when facing personal challenges, he remains transparent, prayerful, and steadfast. During one of the most difficult seasons of his life, he not only earned a doctorate but also authored a book and stepped into the role of teacher choosing to use his journey as a testimony of resilience, discipline, and perseverance.

Those who know him respect his moral character and recognize his dedication to accountability and integrity. He is not only respected for what he has achieved, but more importantly, for how he has lived with consistency, grace, and a deep reliance on God.

I can say without hesitation that his life and character stand as a strong example of faith in action. I wholeheartedly commend him as a man of principle, service, and spiritual strength.

Respectfully,

Bishop Shawn L. Bell
Senior Pastor