**David K. Moynihan (Ret.)**



**September 24, 2025**

**To the Honorable Judge Stephanie Marie Gallagher,**

My name is David Moynihan. I worked directly with Retired Detective Lawrence Smith from September 2020 through approximately August 2023. I say "directly," although in truth, I don't believe we ever met face to face. Our work together was conducted remotely, but that never diminished the strength of our professional collaboration.

I retired from the Baltimore City Police Department on July 1, 2024, after more than 30 years of service, the last 14 of which I spent as a Homicide Detective. During my career, I played a key role in the arrests and convictions of some of Baltimore's most dangerous criminals. I am confident that nearly any Baltimore City Circuit Court Judge or Assistant State's Attorney in the Homicide Division would corroborate that statement.

Over the years, many factors contributed to my success in solving homicides, but only one true reason: I surrounded myself with people who cared even more than I did. I built a trusted network across the State of Maryland, spanning the FBI, Maryland State Police, BPD Cyber Crimes Unit, DMV, and beyond. Retired Detective Lawrence Smith was my trusted point of contact within the Baltimore City School Police Department. My colleagues often remarked that I had one of the most reliable Rolodexes in the Homicide Unit, but it was never just a list of names, it was a carefully cultivated team of professionals who answered the call at any hour. Not one of them ever complained. Especially not "Smitty."

When it came to cases involving juveniles, whether as victims or suspects, Smitty was my first call. His knowledge of Baltimore's schools and his willingness to step in during critical moments made him indispensable. While I cannot speak to his personal life, I can attest to the impact he had on my cases and on the safety of Baltimore's youth.

One example stands out. On March 23, 2023, two separate shooting incidents left a total of 6 people shot and wounded and 2 people dead. As the case unfolded, Smitty's role proved decisive. Despite bureaucratic delays in confirming ballistic evidence, he used his deep concern for student safety and his connections to help move matters forward. On June 6, 2023, just hours before a City Council hearing on forensic backlogs, the necessary confirmation was finally secured. That same morning, thanks in large part to Smitty's vigilance, an arrest team safely took into custody a Dunbar High School student, Jabre Griffith, who was later convicted of both homicides and attempted murders, and was sentenced to two life terms plus 120 years. Without Smitty's assistance, I firmly believe this case could have ended in further bloodshed on school grounds.

Your Honor, I cannot claim to know Lawrence Smith outside the confines of our professional work. But within that realm, I knew him to be dedicated, dependable, and deeply committed to the safety of Baltimore's students. His efforts directly contributed to justice being served and lives being spared.

In conclusion, I respectfully ask that you view Retired Detective Lawrence Smith through the lens in which I knew him: as a man who put duty and community first, who consistently rose to the occasion, and whose contributions left a lasting mark on public safety in Baltimore City.

Respectfully,

*David K. Moynihan*