**Felicia Hill**



**To Whom It May Concern:**

I am writing to offer my wholehearted support for Mr. Lawrence Smith. I first met Mr. Smith about six years ago when I began working with the Baltimore School Police Department. From the very beginning, I frequently turned to Mr. Smith for training, help with equipment, and assistance with investigations. His reputation for outstanding detective work is well known among law enforcement officers throughout Maryland.

Mr. Smith has a true passion for training and educating police officers. He has a particular talent for tactical medical training, which he approaches with professionalism and care. His commitment to helping others extends beyond his law enforcement duties. When he was not on the streets saving lives, Mr. Smith could often be found on a local football field or in a school gym mentoring and inspiring youth through sports.

It is also clear that Mr. Smith is a dedicated family man. He rarely took time off, but when he did, it was to spend quality time with his loved ones. I recall one occasion when I urgently needed assistance with equipment. I called Mr. Smith and, despite being on a plane preparing for takeoff, he answered my call and guided me through the issue. That moment perfectly reflects his unwavering dedication to his colleagues and his community.

Mr. Smith's integrity, professionalism, and commitment to service are qualities that stand out to all who know him. I am honored to call him a colleague and a friend, and I am confident that his character and dedication speak for themselves.

Sincerely,
**Felicia Hill**