To Whom It May Concern:

I am writing to provide a character reference for Lawrence Smith, no relation. We have known each other well over 10 years. He was a Detective/ Corporal at Baltimore City Schools, Investigation Unit and I was a Detective at the Baltimore City Police Department, Criminal Intelligence Division. My primary investigations were crimes against children and social media threats. During this time, Lawrence and I had a mutual respect for one another and we worked very well together. Most cases were cleared within 24 hours. That was team work.

I observed integrity, responsibility, strong work ethics and a true passion for the job.

Those that know Lawrence, know his love and commitment to the children.

I believe Lawrence Smith is a man of honor and integrity.

Please feel free to contact me via ███████████████████████ if you require any further information.

Sincerely,

Sharisse Smith
Detective
Baltimore Police Department
Mayor's Office