To whom it may concern:

I have known Coach Lawrence Smith for over twenty years, and watched as he led Dunbar High to numerous state championships.

He wins on the field, but some of his most important victories take part in the classroom. Coach Smith instituted a mandatory study hall each day before practice, and the results were impressive. During his final seasons, his team had a 3.0 grade point average, and he even had one player matriculate at Harvard.

The life of an urban coach is not an easy one. Smith wore many hats, including being a male authority figure to many who had never had one in their lives before and established order and respect into lives that sorely needed it. He had a lot of long days because the job, the entire job, requires so much time.

I have observed Coach Smith up close, and I truly feel he's one of the best people I've ever known.

He truly cares, directly from the heart, and sometimes, that attribute can be hard to find.

Bruce Cunningham
Retired Sports Director
WBFF TV
Baltimore