To Whom It May Concern:

I am writing to provide a character reference for Dr. Lawrence Smith, who has served as both a high school football coach and school police officer at Paul Lawrence Dunbar High School for the past 20 years.  As a City Schools colleague since 1998 in both capacities, I can speak with confidence about Dr. Smith's exceptional character, professional integrity, and unwavering commitment to all children of Baltimore City and their safety and development.

Dr. Smith demonstrates a unique ability to balance authority with mentorship. As a school police officer, he maintained the safety and security of school campuses throughout Baltimore City with professionalism and sound judgment. He consistently de-escalated situations through communication and understanding rather than force, showing genuine concern for students' well-being rather than simply enforcing rules. Students respected him because they recognize that his actions always came from a place of care and protection.

Although we were rival coaches on the football field, I consider Dr. Smith a mentor and a trusted friend that I could always talk to. He has won many state championships but what is more impressive to me is the countless number of kids he changed the lives of, and sent to college. I see so many of his players who are now young men with families and successful in life because of Dr. Smith's unwavering commitment and dedication to his student athletes. I remember when we went through the Freddy Gray riots. Even though Lawrence was a police officer, he was on the front-line teaching and modeling the right thing to do for our young kids and also being there to just listen. Since Dr. Smith has not been coaching and mentoring, there has been a huge void in our city.

I can go on and on about the accolades, character and accomplishments of Dr. Smith. However, I am a firm believer that actions speak louder than words. Dr. Smith body of work shows he was a champion of Baltimore City and a champion of the kids of Baltimore City. Dr. Smith's trust is not broken with me nor is it broken with the thousands of kids he taught, coached and mentored throughout this city. He has been a model person for me to see how to lead your life and the lives of others with the utmost character and purpose.

Please feel free to contact me if you need any additional information.

Sincerely,

Corey Johnson

