**To Whom It May Concern:**

I am writing this letter in the highest  regard for my former high school coach, Coach Lawrence. He coached me during the 2016–2017 and 2017–2018 football seasons at Paul Laurence Dunbar High School. While his official title was "Head Coach", his role in my life has been more of a father figure, shaping me into the man I am today.

Beyond the field, Coach Lawrence consistently emphasized that my success in life would be defined by my character and my education, not my athletic achievements alone. He played a strong role in my recruitment, guiding me through the process and helping me secure a Division I football scholarship to Delaware State University. He held me accountable to my academic goals throughout my time there, always pushing me to put my degree first. His mentorship continued even after I graduated from Delaware State, as he was a huge motivator and source of encouragement when I pursued and completed my graduate degree from Long Island University (LIU) this past May.

The lessons he taught me extended far beyond the game of football. He instilled in me the values of perseverance, dedication, and integrity. Our relationship has always been bigger than sports. He was there for me as a mentor and guide long after my playing days were over. When I was searching for my first teaching job, he was there with me if I had any questions , and guided me to find my position at Friendship Collegiate High School.
Even now, Coach Lawrence and I talk regularly. He remains a constant and reliable presence in my life, always offering guidance and support when I need it. He has demonstrated unwavering commitment to his players' success both on and off the field, long after his coaching duties officially ended with me and others who graduated from Dunbar.

In all my years of playing sports, no relationship has meant more to me than the one I have with Coach Lawrence. His guidance and friendship were not just about securing scholarships or winning games; they were about securing my future and pushing me to become a better man. I am very grateful for his influence and guidance.

I  recommend Coach Lawrence without any hesitation . Any organization or individual would be fortunate to benefit from his leadership, mentorship, and unwavering character.


Sincerely,
Jared Lewis