To whom it may concern, I have know Mr. Lawrence Smith for over 20 years. I met Lawrence while working for Baltimore City School Police.

Lawrence is one of the most dedicated, hardworking and motivated person I had the pleasure of working side-by-side with.

Lawrence is the kind of person you could count on in a stressful situation to keep a level head.  Lawrence was always willing to lend a helpful hand and provide sound helpful advise in any situation. Lawrence also has a great rapport with people of all ages, races and ethnicities.

I also had the pleasure of working security details at numerous high school football games where Lawrence was the head coach at Dunbar High School (Baltimore). I witnessed Lawrence motivate and encourage those young men under his leadership and make them into scholarship athletes. Lawrence instilled in those young men that life was not only about football, but more important were there grades and academics.

If you have any further questions please feel free to contact me:
Timothy Gross