Marcus A. Lansey



Your Honor,

I, Marcus Lansey, am writing to you in support of Mr. Lawrence Smith. I speak only from personal experiences with the man whom I have known for at least 20 years. We are both colleagues and friends and served together honorably as Baltimore City School Police officers.

In the time that I have known "Smitty", I have observed him on multiple occasions to be hard working, compassionate, dependable and respectful with a willingness to help others. For example, while coaching the Dunbar High School Football team during an athletic contest, a player from the opposing team suffered a catastrophic injury to which Lawrence and athletic staff tried to administer critical aid while he, himself (Lawrence) was showing signs of suffering from a heat related illness. That day showed me and all in attendance his character and commitment to the students and staff of The Baltimore City Public School System. His actions that day during the game earned him the respect of colleagues and supervisors.

It is a fact that Lawrence has poured into literally thousands of children during his career in the school system, who provided opportunities and served the East Baltimore Community at large.

In my personal experience, I see Lawrence as man of God. A mentor. A beloved football coach. Someone who uplifts, supports and inspires those

around him to be better. More than anything, he is a husband and father. His presence, love and guidance matter deeply in their lives.

I am aware of the seriousness of the current situation, and I do not excuse any wrongdoing if any. However, based on my experiences with Lawrence, I believe that this incident is not reflective of his overall character. He is someone who takes responsibility, learns from his mistakes, and strives to do better.

I respectfully ask the Court to take my perspective into consideration when making its decision. I am confident that Larwence can move forward in a positive direction and continue to contribute to his workplace and community.

Thank you for your time and for allowing me to share my thoughts.

Respectfully,

Marcus A. Lansey