Kristina Kyles-Smith, Ed.D.



March, 26, 2026

Honorable Judge Stephanie A. Gallagher
United States District Court
District of Maryland

Dear Judge Gallagher,

I want to begin with something that may be unusual for a letter like this: I did not just marry Lawrence Smith because I fell in love with him. I actually married him because I had never, in my life, seen anyone care for a community the way he did.

I had known Lawrence for four years before we married. We were not strangers. I had watched him operate in the world,  in schools, on fields, in the lives of young people, and with his family, long before he was my husband. What moved me to add legal marriage to our deep friendship and admiration was not a romantic milestone. Believe it or not, it was the Freddie Gray uprising. At the height of the chaos, I was at home glued to CNN when Lawrence appeared on the screen helping a fellow officer wounded. I watched Lawrence stand in the middle of a city on fire and do his job, protect people, hold the line, stay present when staying present required real courage. In that moment, I understood two things: his work was genuinely dangerous but important, and I needed the legal right to stand beside him the way he was standing beside Baltimore. That is the man I chose. That choice has never felt wrong. That began our formal union. We have known each other for fifteen years. We have been together twelve years. We have been married for ten years.

I have been in education for over twenty years. I hold a doctorate in education and am currently pursuing another in public policy. I have spent the better part of those years working in Baltimore's schools, close enough to this city's complexity to understand what it costs to serve it, and what it means when someone chooses to anyway. That is also how I came to understand what Lawrence's service to this city actually looked like up close.

In his last few years at the City, he served as a primary liaison between the school system and the Baltimore City Police. When parks and recreation facilities were looking to safely reopen community spaces after COVID, Lawrence was one of the people they called. He regularly testified in cases involving youth in the city, not because he sought the visibility, but because he cared that those proceedings were handled justly, that families were not needlessly destroyed, that the outcomes were fair. He supported officers in active situations, identified parties, helped cases move in the right direction. He did that work because he believed it mattered, and because someone had to do it with care.

He was also one of the most avid learners I have ever known. There was no certification, course, or training he did not pursue if it meant he could do more. For example, when he learned the district was seeking CDL-certified employees to address a school bus shortage, he completed the certification, making himself eligible to transport larger groups of students in district vehicles, which he used to support students in attending college visits. He had been taking students on those visits for years already, in his own car, without reimbursement. The certification was just his way of doing it better.

I want to tell you about one evening in particular. It was our anniversary. I had made a reservation at Bygone — a beautiful restaurant, high above the city, the kind of evening I had been looking forward to. We were standing on the balcony, taking in the view, when Lawrence noticed a cluster of police activity at a corner below. He said, quietly, " That's where squeegee kids work, Kristina. I bet I get a call. Less than three minutes later, his phone rang. He excused himself to a corner, unfolded that big phone of his, and worked for the better part of an hour. There happened to be a lovely couple at the bar to keep me company. When he came back, he had helped officers on the ground identify parties in an unfolding situation. He apologized. We finished our dinner.

I tell that story not with resentment. I tell it because it is true, and because it captures something essential: no moment between us was ever fully sacred from Baltimore. Not my grandmother's funeral. Not a summer weekend. Not a birthday. Not an anniversary dinner above the skyline. Lawrence gave this city everything, in every season, without being asked. Baltimore was always there. And so was he.

Most people know Lawrence as a football coach. What they do not know is the full picture of who he was in that building. At Dunbar High School, he was the head football coach — yes. He was also the girls' softball coach. He was the Special Olympics bocce ball coach. He was one of the most consistent advocates in that school for students who were gender nonconforming, at a time and in a place where that advocacy was neither common nor easy. Principals he served alongside most often felt seen and protected by the way he moved through the school year, not as an enforcer, but as a guardian of the whole community.

See, Lawrence is drawn to those who are overlooked. He sees people others miss, and he shows up for them quietly and consistently, without needing acknowledgment. That is not something I attributed to him. It is something I witnessed for years, before I had any personal stake in him.

He has helped hundreds of young people. Coat drives. Thanksgiving drives. Late nights. Early mornings. His community gave to him first, coaches who believed in him, neighbors who held him, and he spent his life paying that forward. I know how consuming that was because he was rarely home. There were seasons when that tested us. But I understood, even then, that it was not indifference. It was a man who could not stop giving because he knew what it felt like to be in need and receive.

That put a strain on family relations, too. Our older children had to share their father with Baltimore City. But I also want to tell you who he is when no one is watching.

When his son began college during the height of COVID — isolated, uncertain, navigating a world none of us had prepared for — Lawrence set up a full workspace right next to his own, downstairs, so his son would not face that transition alone. No one asked him to do it. He just showed up, the way he always has, in the way that mattered most in that moment. His son has taken a job in hospitality and has been there for almost 5 years, moving up in the ranks and applying what he learned in school during COVID.

His children — all of them — know something without being told: if they are ever in trouble, Lawrence will be there. Not eventually. Right then. He has shown up for dance recitals, baseball tournaments, and school presentations, for college move-in days and ordinary Tuesdays. That presence is who he is.

He has been that for me as well. I work in education, in the community, in the kind of work that does not end at five o'clock. Lawrence has never once made me feel that my mission was a burden on our household. He does his share (probably more than his share) of cooking and cleaning. He steps in wherever he is needed, without being asked. Being loved by Lawrence has always meant being seen,  not despite the demands of my work, but alongside them. We are two people who chose to give something real to this city, and we have always understood that the only way to sustain that is to take care of each other.

This season has been among the hardest of our lives. There have been moments that tested everything: our privacy, our peace, our sense of what the future holds. What I did not expect and what I think is the truest thing I can offer this court is that the way Lawrence conducted himself through this ordeal made us stronger. What I have watched him do with this season speaks for itself.

Therapy was required of him. However, the seriousness with which he engaged it was powerful. He sat with hard truths honestly, without deflection, and what emerged was a man who had finally given himself permission to look past the two titles he had always allowed to define him.

For his entire adult life, Lawrence confined himself to officer and coach — not because that was the limit of who he is, but because he believed in the structure above him, in rank and file, in making himself fit the role rather than expanding the role to fit him. I have watched that for fifteen years. Anyone who meets him can immediately sense that his capacity exceeded those two titles. This season, for the first time, he is beginning to know it too.

He found a church home at Greater Paradise Christian Center, planted himself there, and then built a men's group that now draws nearly 100 men, ages 7 to 70, around questions of purpose, fatherhood, and accountability. He completed his doctorate in Transformational Leadership in Education,  something life had not allowed him space to finish before. He earned his teaching certificate and stepped into a classroom, because even in the middle of everything, his instinct was to keep showing up for young people. When public attention made that complicated, he stepped back — not with bitterness, but with grace. We laughed when he brought home another

perfect attendance award, one will add to the stack he recieved from Baltimore City Public Schools. We were more in awe when he was recognized for having some of the highest benchmark testing increases for his student in the school.

He built UrbanEdge Educational and Safety Consulting, drawing on more than two decades of expertise in school safety, crisis management, and institutional protection. He developed the PROTECT™ communication platform and the R.E.A.L. S.H.I.E.L.D.™ strategic safety framework, tools designed to keep schools and communities safer. And he created the Kenzie™ Youth Safety Initiative,  a child-centered program he built together with our daughter, teaching children about personal safety and responsible decision-making through books, videos, and interactive tools. He and our daughter are co-authors.

That last detail matters most to me. A man who, in the middle of the hardest season of his life, sits down with his daughter and builds something to protect children is man is not finished. That man is, in many ways, just beginning. And through all of it, he has not harbored anger. I have looked for it. It is not there.

I am still here. Not out of obligation. Not out of performance. I am here because I know who this man is — in the everyday, unglamorous, consistent moments that define a person far more than any single point in time. Our foundation was strong before this. It is stronger now. And I mean that not as reassurance, but as testimony: the clearest evidence of who Lawrence is can be found in how he has carried himself through the hardest thing we have ever faced together.

What I am asking is that you hold the full picture alongside the facts before you — and that you consider the least restrictive sentence that honors the seriousness of this matter and the reality of who stands before you: a man with decades of documented service, a community that needs what he has built, a family that is still whole because he is still in it, and a demonstrated capacity to grow that I believe will define the rest of his life.

Thank you for the time and care you give to decisions like this one. I do not take it for granted.


Respectfully,

*Kristina Kyles-Smith*

Kristina Kyles-Smith, Ed.D.
Baltimore, Maryland