## CHARACTER LETTER

## September 25, 2025

To whom it may concern:

I have known Lawrence Smith since I was a baby. My first haircut was done by him, my first scholarship offer was communicated to me from him, and my first coaching job was offered by him. Lawrence Smith is a developer of men, family guy, and a man of the community.

Through the progression of my coaching career, I've learned how important it is to have a supportive coach/mentor in your corner and that is Lawrence Smith. A man that has no motive other than to see the youth develop and become men, children of God, and fathers of their own. There are numerous examples of successful young men that he has mentored and or played a huge role in their life (unforcefully). The impact of him believing in me alone has opened many doors and continues to open doors for me.

Writing a letter on Lawrence Smith's behalf was an easy task because his impact on me and the community alone has been nothing but positive. He loves hard and cares more about his loved ones than about himself. Lawrence Smith was always available for me whenever I needed him as I was developing into a young man in my high school days. There was nothing that he wouldn't do to help me achieve my goals. As I entered my first season coaching football alongside him, I noticed that nothing has changed. Lawrence continued to be the same supportive man of the youth and taught them valuable life lessons. School always comes first for him. He did not care about how good an athlete you were, if you did not apply yourself in the classroom he would show and teach you the importance of taking school seriously.  If you were to just listen to him and allow him to guide you, his wisdom would lead you to a successful future. There is a need for more leaders like Lawrence Smith, and I strive to be the best leader I possibly can be with the influence of him.

-Dae'lun Darien