CORY V. McCRAY
*Legislative District 45*
Baltimore City
————
Budget and Taxation Committee

Capital Budget Subcommittee
Health and Human Services Subcommittee



James Senate Office Building
11 Bladen Street, Room 221
Annapolis, Maryland 21401
410-841-3165 · 301-858-3165
800-492-7122 *Ext.* 3165
Cory.Mccray@senate.state.md.us

## THE SENATE OF MARYLAND
### ANNAPOLIS, MARYLAND 21401

September 24, 2025

To Whom It May Concern,

I am writing in support of Dr. Lawrence E. Smith, Jr., whose life's work has left a lasting imprint on young people in East Baltimore. During his time at Paul Laurence Dunbar High School, I witnessed how he built not just winning teams, but pathways for students to see and seize a different future.

Under his leadership, Dunbar secured 11 state championships — a remarkable accomplishment. Just as important, many of his student-athletes earned scholarships that opened doors to colleges and universities across the country, including some of the most prestigious. His message was always clear: discipline in the classroom matters just as much as performance on the field. That standard changed trajectories for generations of young men.

What I know of Dr. Smith is this: he created safe spaces where young scholars could grow, learn, and compete. He invested his time and his presence in shaping leaders who continue to carry those lessons well beyond football.

I also recognize there are proceedings before the court. My remarks are not intended to speak to those matters. They are offered solely to acknowledge the positive impact I have personally witnessed — decades of mentorship, achievement, and community influence that should be part of the full picture of his life's work.

Respectfully,

Cory V. McCray
45th District