James A. Barr



September 27, 2025

To Whom it may Concern

I am writing to wholeheartedly recommend Mr. Lawrence Smith, with whom I have had the pleasure of knowing for over 20 years. As a Retired Baltimore County Police Officer, I witnessed firsthand the qualities that make him an exceptional individual and a pillar of the school athletic community.

Lawrence is a diligent  man who exemplifies what it means to be a coach dedicated to both his profession and his family. He consistently demonstrated a strong work ethic, working with The Dunbar High School Football Team. Often working late into the evening to ensure his team remained at the top of their game. The team was run with integrity and efficiency. His commitment to his work is admirable, but even more impressive is the importance he places on family demanding work and the student's education. Lawrence made sure the students were not only prepared to be the best athlete, but good student dedicated to their academics. With all the time he spent with the team Lawrence prioritizes his loved ones primarily, embodying the values of a true family man.

Beyond his professional endeavors, Lawrence has always been a dependable Police Office and friend. He readily supported those in need within the community, lending a helping hand whenever it was required. His genuine concern for others has made a significant impact, especially on the young men in Baltimore City Schools. Lawrence has taken on the role of a mentor, inspiring many young Black males who look up to him as a successful police officer and coach and role model. He has a unique ability to connect with these young men, guiding them not only through words but through his actions.

Lawrence understands the importance of sharing his life experiences. His willingness to be vulnerable creates a safe space for these young individuals to learn and grow, fostering a sense of hope and direction.

Supporting Black young men in their sports and education ventures is crucial, as it not only uplifts individuals but also strengthens the entire community. Lawrence achievements highlight the importance of positive representation and mentorship, encouraging the next generation to strive for greatness.

In conclusion, Lawrence is a man of compassion, and dedication. His influence in our community is immeasurable, and I believe he will continue to inspire others wherever he goes.

Sincerely,

James Barr
Retired Baltimore County Police