To whom it may concern:

I have known Lawrence Smith for over 15 years and have been a great leader and friend. Mr. Smith has showed me how to lead and tremendous fashion. Writing this letter on the behalf Lawrence brings me great pleasure to express the high character he has shown me thru the years, and I am grateful for the opportunity to be around great leadership and high character. Lawrence has guided young men on and off the field daily thru the years

Thru the years I watched and learned so much from Lawrence and took what I learned and utilized it in my own life on and off the field.
As I continue my coaching journey I can always lean on Lawrence for character and leadership advice.

Hard work and leadership are a great example that Lawrence shows at all times along with dedication. I appreciate and is grateful for the way Lawrence showed me how to lead and have high character.

Sincerely
John Dorsey