To Whom It May Concern:

It is with great respect and admiration that I write this character reference on behalf of Lawrence Smith. Over the past 5–6 years, I have had the privilege of knowing Lawrence in multiple capacities, as a mentor, colleague, and friend. About three years ago, as my daughter entered high school, our connection deepened and he became not only a mentor to me but also a guiding light for my daughter.

Lawrence was one of the first male figures my daughter encountered in the school building, and his bright and welcoming presence immediately made her feel comfortable. He took both of us under his wing during what could have been an overwhelming transition into high school. As the football coach, Lawrence ensured that my daughter could explore her passion for sports management. He intentionally taught her how to use her interpersonal skills on the field, how to carry herself with confidence around her peers, and how to step into leadership roles within the school community.

For me personally, Lawrence served as a reminder of the vital role parents play in their children's high school journey. His consistent words of encouragement and small but powerful inspirations helped me see the bigger picture, that showing up was only half the battle, and that building relationships was the true foundation of success. Through his mentorship, I learned not only how to support my daughter academically but also how to nurture her as she grew into a leader herself.

Lawrence Smith embodies integrity, dedication, and genuine care for the people around him. His ability to mentor both students and parents reflects his unique gift of building connections and fostering growth. I am deeply grateful for the impact he has had on my family, and I believe he will continue to inspire and uplift everyone he encounters.

Sincerely,
*Tierre Tates, M.P.A.*